# TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.

40 EXCHANGE PLACE
18th FLOOR
NEW YORK, NEW YORK 10005

PHONE: (212) 482-0007
FAX: (212) 482-1303
www.talkinlaw.com
email:info@talkinlaw.com

Maryland Office:
5100 Dorsey Hall Drive
Suite 100
Ellicott City, MD 21042
(410) 964-0300

New Jersey Office:
2500 Plaza 5
Harborside Financial Center
Jersey City, NJ 07311
(201) 342-6665

March 18, 2020

Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

                Re:    United States v. Hector Valdez Turbi
                          19 Cr. 403 (WHP)

Dear Judge Pauley:

      Defendant Hector Valdez Turbi ("Turbi") is currently scheduled for a sentencing hearing before the Court on April 23, 2020. Because the Bureau of Prisons has precluded counsel visits for thirty days, I am unable to adequately discuss sentencing issues with Turbi or to prepare his sentencing submission in a timely fashion in relation to the current sentencing date. For this reason, Turbi respectfully requests an adjournment of his sentencing to May 21, 2020 at 2:30 pm. The government, by Assistant Unite d States Attorney Michael Longyear, consents to this application.

      Thank you for Your Honor's consideration of this request.

                              Very truly yours,

                              Sanford Talkin

Application granted.

SO ORDERED:

cc:    AUSA Michael Longyear (by email)

*[signature]*
WILLIAM H. PAULEY III
U.S.D.J.
March 24, 2020