# TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.

40 EXCHANGE PLACE
18th FLOOR
NEW YORK, NEW YORK 10005

PHONE: (212) 482-0007
FAX: (212) 482-1303
www.talkinlaw.com
email:info@talkinlaw.com

| Maryland Office: | New Jersey Office: |
|---|---|
| 5100 Dorsey Hall Drive | 2500 Plaza 5 |
| Suite 100 | Harborside Financial Center |
| Ellicott City, MD 21042 | Jersey City, NJ 07311 |
| (410) 964-0300 | (201) 342-6665 |

May 11, 2020

> Application granted. Sentencing adjourned to July 23, 2020 at 12:00 p.m.
>
> SO ORDERED:
>
> *[signature]*
> WILLIAM H. PAULEY III
> U.S.D.J.
>
> May 11, 2020

Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

VIA ECF

Re: <u>United States v. Hector Valdez Turbi</u>
19 Cr. 403 (WHP)

Dear Judge Pauley:

      Defendant Hector Valdez Turbi ("Turbi") is currently scheduled for a sentencing hearing before the Court on May 21, 2020. Due to the COVID 19 epidemic, I still have been unable to meet with Turbi with the assistance of an interpreter to discuss sentencing issues or to gather all the necessary supporting documents. For this reason, Turbi respectfully requests an approximately sixty day adjournment of his sentencing to a date convenient to the Court and government. Recently, a system for video-conferencing was established and I will endeavor to set up video meeting with an interpreter as soon as possible. The government, by Assistant United States Attorney Michael Longyear, consents to this application.

      Thank you for Your Honor's consideration of this request.

Very truly yours,

Sanford Talkin

cc:     AUSA Michael Longyear (by ECF)