UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                  :

        -against-                                 :        19 Cr. 403 (WHP)

Hector Valdez Turbi,                                  :        ORDER
                        Defendant.       :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        The sentencing scheduled for July 23, 2020 is adjourned to Thursday, July 30, 2020 at 9:00 a.m.  The Court will provide information to the parties to access the video conference in separate emails and in a separate order provide public dial in information.

Dated: June 29, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.