UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA, :

    -against- : 19 Cr. 406 (WHP)

Hector Valdez Turbi, : ORDER
               Defendant. :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

    This Court will hold a videoconference on Thursday, July 30, 2020 at 9 a.m. for defendant's sentencing. The parties will be provided in separate emails the links for the video conference. The public dial-in number is 855-268-7844, passcode 67812309, pin 9921299.

Dated: July 24, 2020
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.